**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MAGANA, an individual, | ) **Case No.: 5:19-cv-1008-JGB-SP** |
| Plaintiff, | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and Does 4 through 100, inclusive, | ) Date of Filing: May 31, 2019 |
| Defendants. | ) |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Date: November 26, 2019

_____
Judge of the District Court

**ORDER OF DISMISSAL**